WILLIAM H. ADAMS, Appellant, *v.* WHITE CONSTRUCTION Co., INC., Respondent.

Argued April 19, 1949; decided May 26, 1949.

*Robert McGowan Smith* for appellant.
*Albert P. Thill* and *John P. Smith* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence received in support of plaintiff's case was prima facie proof of defendant's negligence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.